UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Alejandro GARCIA-Osuna,<br><br><br><br>　　　　　　Defendant. | Magistrate Docket No. '21 MJ02953<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |

The undersigned complainant being, duly sworn, states:

On or about July 17, 2021, within the Southern District of California, defendant Alejandro GARCIA-Osuna, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that certain aliens, namely Cruz Yesenia BURRUEL-Lopez, Maria De Jesus CARDENAS-Ruiz, and Carlos ORTEGA-Calixto, had not received prior official authorization to come to, enter and reside in the United States, did attempt to bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Anthony Martinez
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JULY 19, 2021

HON. JILL L. BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Alejandro GARCIA-Osuna

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Cruz Yesenia BURRUEL-Lopez, Maria De Jesus CARDENAS-Ruiz and Carlos ORTEGA-Calixto, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 17, 2021, at approximately 1:40 AM, the United States Coast Guard encountered a pleasure craft in United States Territorial Waters, off of the coast of San Diego, California. The U.S. Coast Guard were able to identify one individual, later identified as the defendant, Alejandro GARCIA-Osuna, as the individual positioned as the captain of the pleasure vessel. The U.S. Coast Guard was able to locate a total of 11 individuals aboard the pleasure craft, all without any form of identification and stating that they are all citizens of Mexico. The U.S. Coast Guard then transported all 11 individuals and the pleasure craft to Ballast Point Coast Guard Base, Sector San Diego, located in Point Loma, California. The U.S. Coast Guard also contacted the United States Border Patrol for assistance with the 11 individuals. All 11 individuals arrived at Ballast Point at approximately 1:00 PM.

On July 17, 2021, Border Patrol Agent, G. Doty was conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility. Agent Doty responded to U.S. Coast Guard's call for assistance, and encountered the 11 individuals found aboard the pleasure craft. This area is approximately 13.5 miles north of the United States/Mexico International Boundary, and approximately 8.5 miles west of the San Ysidro, California Port of Entry. At approximately 1:15 PM, Agent Doty transported the 11 individuals found aboard the pleasure craft from the Ballast Point Coast Guard Base, to the San Clemente Border Patrol Station for further investigation.

On July 17, 2021, Border Patrol Agent R. Drake was conducting assigned duties in the San Clemente Border Patrol Station's area of responsibility. At San Clemente Station, Agent Drake encountered the 11 individuals found aboard the pleasure craft. Agent Drake identified himself as a Border Patrol Agent and conducted an immigration inspection. All 11 individuals, including one later identified as the defendant, Alejandro GARCIA-Osuna, and material witnesses, Cruz Yesenia BURRUEL-Lopez, Maria De Jesus CARDENAS-Ruiz, and Carlos ORTEGA-Calixto, stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. At approximately 3:30 PM, Agent

CONTINUATION OF COMPLAINT:
Alejandro GARCIA-Osuna

Drake placed 11 individuals, including GARCIA, BURRUEL, CARDENAS and ORTEGA, under arrest.

The defendant, Alejandro GARCIA-Osuna, was read his Miranda rights. GARCIA understood his rights and was willing to speak without an attorney present. GARCIA stated that this is his first attempt to cross into the United States. GARCIA claims that he was the captain of the pleasure craft, which was interdicted by the United States Coast Guard. GARCIA stated that he was going to be charged $15,000 USD to ride in the pleasure craft, but was unable to afford the price. GARCIA was offered for his transport fee to be waived if he agreed to be the captain the boat, and GARCIA accepted the offer. GARCIA stated that he knew he was making an illegal entry into the United States.

Material witnesses, BURRUEL, CARDENAS, and ORTEGA, admitted to being citizens of Mexico illegally present in the United States, and not having any documents that would allow them to enter or remain in the United States legally. BURRUEL, CARDENAS, and ORTEGA, admitted to making smuggling arrangements, and agreed to pay in between $100 - $16,000 USD if successfully smuggled into the United States. BURRUEL, CARDENAS and ORTEGA were presented with a photograph lineup. BURRUEL and ORTEGA identified the defendant, Alejandro GARCIA-Osuna, as the captain of the pleasure craft.

**Executed on July 18, 2021 at 12:00 PM.**

Jon D. Bowen
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 17, 2021, in violation of 8 USC 1324(a)(1)(A)(i).

HON. JILL L. BURKHARDT
United States Magistrate Judge

1:38 PM, Jul 18, 2021
Date/Time